J-S01042-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.R., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: K.L.A. & P.O.R., NATURAL PARENTS | : | |
| | : | No. 1329 MDA 2017 |

Appeal from the Order Entered August 2, 2017
In the Court of Common Pleas of York County
Juvenile Division at No(s):  CP-67-DP-0000155-2016

BEFORE:  GANTMAN, P.J., MURRAY, J., and MUSMANNO, J.

JUDGMENT ORDER BY GANTMAN, P.J.:          **FILED FEBRUARY 06, 2018**

Appellant's, K.L.A. ("Mother") and P.O.R ("Father") appeal from the order entered in the York County Court of Common Pleas, which granted the petition of the York County Offices of Children, Youth & Families ("CYF") for a goal change to adoption of their minor child, M.R. ("Child").  In their companion appeal docketed at No. 1322 MDA 2017, Parents challenged the same decision and raised identical issues on appeal.  Upon a thorough review of the record, the arguments presented in the companion appeal, and the applicable law, we concluded Parents' issues merited no relief.  Accordingly, we decline to address Parents' issues for a second time.  Therefore, we dismiss this appeal as duplicative.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 02/06/2018